**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>  Plaintiff - Appellant,<br><br>  v.<br><br>OCWEN LOAN SERVICING, and DOES 1-10, inclusive,<br><br>  Defendants - Appellees.<br>                                                          / | No. C 10-00203 WHA<br><br>**ORDER TO SHOW CAUSE** |

  The notice of appeal in the above-numbered action was filed with the district court on January 15, 2010 (Dkt. No. 1). Under Rules 8006 and 8007 of the Federal Rules of Bankruptcy Procedure, *pro se* appellant Leslie Marks was then *required* to file with the bankruptcy court: (1) a designation of the record, (2) statement of issues on appeal, and (3) a notice regarding the ordering of transcripts. This procedure — called "perfecting the appeal" — should have been done within *14 days* of filing the notice of appeal. It has now been over two months since the notice of appeal was filed, and appellant has *still* not perfected the record pursuant to Bankruptcy Rule 8006.

  Given this failure, appellant Leslie Marks is **ORDERED** by **NOON ON FRIDAY, APRIL 16, 2010**, to either perfect the record on appeal in the manner prescribed by Bankruptcy Rule 8006, or **SHOW CAUSE** (explain in writing) to the Court why she has failed to prosecute her appeal for over

1  two months. If appellant Marks fails to comply with this order, this bankruptcy appeal will be
2  dismissed for failure to prosecute.
3      As a separate matter, on March 18, 2010, the Court received a notice of appeal from
4  appellant Marks of a different bankruptcy decision involving Ocwen Loan Servicing. This
5  second bankruptcy appeal is Case Number 10-01148. In an attempt to prevent history from
6  repeating itself, appellant Marks is reminded that the record on appeal must be perfected
7  (pursuant to Bankruptcy Rule 8006) for this *second* bankruptcy appeal as well as the *first* appeal
8  that was filed in January.

**IT IS SO ORDERED.**

Dated: March 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE