IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>   Plaintiff - Appellant,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC<br>and DOES 1-100,<br><br>   Defendant - Appellee.<br>  / | No. C 10-00203 WHA<br><br>**ORDER DENYING REQUEST<br>FOR JUDICIAL NOTICE** |

   Plaintiff's request for judicial notice is **DENIED**. The rules for properly noticing a motion in this court are set forth in Civil Local Rule 7-2. These rules do not allow taking judicial notice of motions filed on completely different dockets, which plaintiff has attempted to do.

   Now that the record on appeal has been perfected, plaintiff should focus on serving and filing her brief, not exceeding 25 pages in length, by the deadline of June 14, 2010, as set forth in the recently filed scheduling order (Dkt. No. 25).

   **IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE