IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE PATRICE BARNES MARKS,

    Plaintiff-Appellant,

  v.

OCWEN LOAN SERVICING, and DOES 1–10, inclusive,

    Defendants-Appellees.

No. C 10-00203 WHA

**JUDGMENT**

For the reasons stated in the accompanying order affirming the bankruptcy court's dismissal of the adversary proceeding, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of appellee Ocwen Loan Servicing, LLC against appellant Leslie Marks. The Clerk **SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: August 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE